**Thomas A. CRUMP, Plaintiff–Appellant,**

v.

**Mark C. CHRISTIE, in his personal capacity as Commissioner, State Corporation Commission; Theodore V. Morrison, Jr., in his personal capacity as Commissioner, State Corporation Commission; Judith Williams Jagdmann, in her personal capacity as Commissioner, State Corporation Commission; Larry E. Durbin, in his personal capacity as Assistant Commissioner, Customer Service, Department of Taxation; Michael G. Fojtik, in his personal capacity as Senior Auditor, Department of Taxation, Tobacco Unit, Defendants–Appellees.**

No. 07–7260.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2007.

Decided: Dec. 28, 2007.

Thomas A. Crump, Appellant Pro Se. A. Ann Berkebile, Philip Reed DeHass, State Corporation Commission of Virginia, Richmond, Virginia; Flora Townes Hezel, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas A. Crump appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Crump v. Christie,* No. 3:07–cv–00244–JRS, 2007 WL 2301562 (E.D.Va. Aug. 7, 2007). We deny Crump's motion to recuse judges of this court that smoke from this case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*